# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BERNICE DAVIS**                                                                                       **PLAINTIFF**

**V.**                        **CASE NO.: 3:13CV00122 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

Plaintiff Bernice Davis's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 17th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE